IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APRIL BRINKMAN,

    Plaintiff,

v.                                        No. 2:23-cv-00480-KG-DLM

CYFD STATE OF NM,
TOMMI FISHER, and
MARLEN CENICEROS,

    Defendants.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**